IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN LANGE,

Plaintiff,

v.

FRANK J. KAVENEY,
and SCHMITZ, KOPMAN,
KAVENEY & MARKHAM, P.C.,    No. 07-632-DRH

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff and Defendants' stipulation for dismissal (Doc. 55). Specifically, the Plaintiff and Defendants move to dismiss the matter with prejudice, at the cost of the respective parties. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice**, at the cost of the respective parties, Plaintiff's cause of action against Defendants. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 30th day of December, 2008.

/S/ David R Herndon
Chief Judge
United States District Court